GUISEPPE MORALES, PROSECUTOR, v. THE BOARD OF AD-
JUSTMENT OF THE CITY OF PASSAIC ET AL., DEFEND-
ANTS.

Argued October 2, 1928—Decided October 18, 1928.

Before Justices MINTURN, BLACK and CAMPBELL.

For the prosecutor, *Roegner & Levy.*

For the defendants, *Feder & Rinzler* and *Joseph J. Wein-
berger.*

PER CURIAM.

This is an application for a *certiorari* to review the decision
of the board of adjustment of the city of Passaic, dated July
31st, 1928, reversing the decision of the supervisor of build-
ings, refusing a permit to use premises No. 43 Aspen street
for the purpose of manufacturing mattresses. The chief of
the fire department, Reginald H. Bowker, testified that it
would not add to the fire risk of the buildings as a hazard—
positively not. It is a two-story brick building. The prose-
cutor owns Nos. 37-39 Aspen street immediately adjoining,
on which he conducts a bakery shop. The writ is asked for
on the ground that the board of adjustment was without
jurisdictioon to hear the appeal under the act *Pamph. L.*
1928, *p.* 701, § 2, as there was no proof "that no such
structure or use shall be allowed more than one hundred and
fifty [150] feet beyond the boundary line of the district in
which structure or use is authorized by the zoning ordi-
nance."

Before the justice of the Supreme Court before whom the
application was made in the first instance, it was admitted

in open court and made a part of the order denying the writ, which is before us now by a written stipulation to the effect; that the building in question, No. 43 Aspen street, "is not more than, but within, one hundred and fifty [150] feet beyond the boundary line of the district in which said structure or use is authorized by the zoning ordinance of the city of Passaic."

It seems to us that this is dispositive of the case on the question of jurisdiction. The writ of *certiorari* is therefore refused.